IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANITA V MCCLELLAN,

    Plaintiff,

v.                                                      CASE NO. 1:08-cv-00177-MP-WCS

MICHAEL J ASTRUE,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 26, Ms. McClellan's Motion for Attorney Fees under the Equal Access to Justice Act, 28 U.S.C. § 2412 (EAJA), to which the Defendant responded. Doc. 27. In the response, the Defendant agrees to the amount and award of fees, directly payable to counsel for the plaintiff. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The motion for attorney's fees, Doc. 26, is granted. Plaintiff shall be awarded $4,632.98 in attorney's fees under the EAJA, which award should be made payable directly to Plaintiff's counsel.

**DONE AND ORDERED** this  *9th*   day of March, 2010

                                    *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge